JOSEPH F. WARRINGTON, d. b., *vs.* WILLARD HOLT, p. b.

*Certiorari—Justice of the Peace—Cause of Action—Insufficient Statement.*

The record of the Justice stated the cause of action as follows :  " This was an action to recover in the trading of a cow.   Plaintiff demanded twenty dollars."  *Held* that the cause of action was not sufficiently stated.

( *October 11, 1905.* )

LORE, C. J., and GRUBB and PENNEWILL, J. J., sitting.

*Robert C. White* for plaintiff in error.

(The defendant in error was unrepresented by counsel.)

Superior Court, Sussex County, October Term, 1905.

CERTIORARI (No. 20, October Term, 1905).

The record of the Justice was as follows :

" This was an action to recover in the trading of a cow. Plaintiff demanded twenty dollars," etc.

### EXCEPTIONS.

*First.*　For that no cause of action is stated.

*Second.*　For that the cause of action was not within the jurisdiction of the said Justice.

*Third.*　For that as appears from said record, a trial was had by referees without being asked for by either party.

*Fourth.*　For that it appears by said record that judgment was rendered by default without hearing the proofs and allegations of the plaintiff.

*Fifth.*　For that it does not appear by said record that the referees made their report in writing under their hands."

LORE, C. J. :—We reverse the judgment on the first exception, that the cause of action is not sufficiently stated.

Judgment below reversed.